UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMO PLATT and GORDON PLATT, co-trustees of the Platt Family Artwork Trust,<br><br>Plaintiff,<br><br>vs.<br><br>ALLEN MICHAAN and AUCTIONS BY THE BAY, INC.,<br><br>Defendants. | NO.  19-CV-4234 (ER)<br><br>**STIPULATION AND (PROPOSED) ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. Pursuant to Rule 41(1)(A)(ii), the Complaint hereby is dismissed without prejudice against defendant Auctions by the Bay, Inc., and

2. Each side will bear its respective costs with respect to this voluntary dismissal.

Dated:  New York, New York
          July 15, 2019

| | |
|---|---|
| WILMER CUTLER PICKERING HALE AND DORR LLP | NORTON ROSE FULBRIGHT US LLP |
| By:  s/ Charles C. Platt<br>       Charles C. Platt<br>       250 Greenwich Street<br>       7 World Trade Center<br>       New York, NY  10007<br>       Tel.: (212) 230-8800<br>       charles.platt@wilmerhale.com | By:  s/ Charles D. Schmerler<br>       Charles D. Schmerler<br>       1301 Avenue of the Americas<br>       New York, NY 10019-6022<br>       Tel.: (212) 318-3000<br>       charles.schmerler@nortomosefulbright.com |

SO ORDERED.

Dated: New York, New York

_____, 2019

_____
HON. Edgardo Ramos
United States District Judge
Southern District of New York