UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMO PLATT, and GORDON PLATT, *as co-trustees of the Platt Family Artwork Trust*,

                Plaintiffs,

-against-

ALLEN MICHAAN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/19/2021

**MEMO ENDORSED**

Case No. 1:19-cv-04234-ER

## NOTICE OF SUBSTITUTION OF COUNSEL and [PROPOSED] ORDER

Notice is hereby given that, subject to approval by the Court, Defendant Allen Michaan substitutes Jeffrey I.D. Lewis, Esq. of Foley Hoag LLP, 1301 Avenue of the Americas, 25th Floor, New York, New York 10019, Tel: 646-927-5500 as counsel of record in place of Luke Nikas and Kathryn Bonacorsi of Quinn Emanuel Urquhart & Sullivan, LLP.

Mr. Nikas and Ms. Bonacorsi will be withdrawing from the case, upon Mr. Lewis's substitution.

Charles D. Schmerler remains as an attorney for Defendant Allen Michaan.

The undersigned consent and certify that the substitution will not delay the proceedings.

Dated: October 30, 2020

_____
Allen Michaan

Dated: October 3, 2020

-2-

Dated: October 30, 2020

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | FOLEY HOAG LLP |
| | By: //s// Jeffrey I. D. Lewis |
| By: //s// Luke Nikas | Jeffrey I.D. Lewis |
| Luke Nikas | jidlewis@foleyhoag.com |
| | |
| By: //s// Kathryn Bonacorsi | 1301 Avenue of the Americas, 25th Floor |
| Kathryn Bonacorsi | New York, NY 10019 |
| | (646) 927-5500 |
| 51 Madison Avenue, 22nd Floor | |
| New York, NY 10010 | |
| Telephone: (212) 849-7000 | |

*Attorneys for Defendant Allen Michaan*

**The substitution of attorney is hereby approved, and it is so ORDERED.**

Dated:  ~~November ___, 2020~~   April 19, 2021

_____
United States District Judge