**ENTERED**
**10/4/2021**
Data Entry Dept.
New York County Surrogate's Court

At the Surrogate's Court held in and for the County of New York in New York, New York on the __4th__ day of October 2021

P R E S E N T:   HON. RITA MELLA,
                                           Surrogate

| ADMINISTRATION PROCEEDING, ESTATE OF | DECREE GRANTING LIMITED LETTERS OF ADMINISTRATION |
|---|---|
| **HENRY B. PLATT,** a/k/a **HENRY PLATT,** a/k/a **HARRY PLATT,** Deceased. | File No.: 2021-939 |

A petition having been filed by Allen Clement Michaan praying that administration of the goods, chattels and credits of the above-named decedent be granted to Allen Clement Michaan; and all persons named in such petition, required to be cited, having been duly cited to show cause why such relief should not be granted or having duly waived the issuance of such citation and consented thereto; and the New York County Public Administrator having filed an affidavit in opposition to the appointment of Allen Clement Michaan as Administrator; and it appearing that the New York County Public Administrator is in all respects competent to act as administrator of the estate of said deceased; and a bond having been dispensed with and such representative otherwise having qualified therefore; now, after due deliberation, with no one appearing in opposition thereto, it is

ORDERED AND DECREED, that Limited Letters of Administration issue to the New York County Public Administrator; and it is further

ORDERED AND DECREED, that the authority of such representative be restricted in accordance with, and that letters herein issued contain, the limitation which appears immediately below.

**The representative shall be authorized to join the Decedent's estate in the action captioned Timo Platt and Gordon Platt, co-trustees of the Platt Family Artwork Trust v. Allen Michaan, No. 19-CV-4234 (S.D.N.Y.) and to raise all necessary and proper defenses and counterclaims in that action that are reserved to the Decedent's estate.**

_Rita Mella F._
Surrogate