UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

_____

TIMO PLATT and GORDON PLATT, *as co-trustees of the Platt Family Artwork Trust*,

          Plaintiffs,

-against-

ALLEN MICHAAN,

          Defendant.

_____

ALLEN MICHAAN,

          Defendant and Third-Party Plaintiff,

-against-

*Estate of Henry B. Platt,* by JOHN DOE 1 *as Administrator*, THORUNN WATHNE, TIMO PLATT, and GORDON PLATT, *as co-trustees of the Platt Family Artwork Trust*, and JOHN DOES 2-25,

          Third-Party Defendants.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  1/14/2022

Case No. 1:19-cv-04234-ER

## ORDER FOR SUBSTITUTION OF PARTY

Further to the Conference concerning substitution of the "New York County Public Administrator" for "John Doe 1" held on January 4, 2022 and in accordance with the Limited Letters of Administration issued by the New York Surrogates Court (attached as Exhibit A to the Status Report filed in this action on October 6, 2021 (Dkt. No. 76-1)), and

Having received a track changes version of the proposed Amended Answer, Counterclaims and Third-Party Complaint attached as Exhibit A,

IT IS HEREBY ORDERED that the "New York County Public Administrator as Administrator of the Estate of Henry B. Platt" be substituted as Third-Party Defendant in the place of "John Doe 1 as Administrator of the Estate of Henry B. Platt" in this action.

The Court further orders that the caption for the above-captioned case is amended to read:

> TIMO PLATT and GORDON PLATT, *as co-trustees of the Platt Family Artwork Trust*,
> 
>         Plaintiffs,
> 
> -against-
> 
> ALLEN MICHAAN,
> 
>         Defendant.
> 
> _____
> 
> ALLEN MICHAAN,
> 
>         Defendant and Third-Party Plaintiff,
> 
> -against-
> 
> *Estate of Henry B. Platt,* by THE NEW YORK COUNTY PUBLIC ADMINISTRATOR *as Administrator*, THORUNN WATHNE, TIMO PLATT, and GORDON PLATT, *as co-trustees of the Platt Family Artwork Trust*, and JOHN DOES 2-25,
> 
>         Third-Party Defendants.

The Court further Orders that the Amended Answer, Counterclaims and Third-Party Complaint attached as Exhibit B reflecting the above-authorized substitution is deemed filed as of this date.

SO ORDERED.

Dated this: January 14, 2022

Edgardo Ramos, U.S.D.J