**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TIMO PLATT, AND GORDON PLATT, as co-trustees
of the Platt Family Artwork Trust,

                Plaintiffs,                    19 **CIVIL** 4234 (ER)

    -against-                           **JUDGMENT**

ALLEN MICHAAN,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 27, 2023, Plaintiffs' motion for partial summary judgment is DENIED. Michaan's motion for summary judgment is GRANTED. Accordingly the case is closed.

**Dated:** New York, New York

      September 27, 2023

                                            **RUBY J. KRAJICK**
                                            **Clerk of Court**

                      **BY:**

                                            **Deputy Clerk**